Heinz Binder #87908
Wendy W. Smith #133887
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408) 295-1700
Facsimile: (408) 295-1531

Attorneys for Debtor,
Edward L. Scarff

The following constitutes the
Order of the Court Signed 3/23/2011

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

In re

EDWARD L. SCARFF,

Debtor.

Case No. 03-54723-ASW

Chapter 11

NO HEARING UNLESS REQUESTED

## ORDER APPROVING FILING OF DOCUMENTS UNDER SEAL

EDWARD L. SCARFF, Debtor and Debtor-in-Possession applied for permission to file the motion for approval of his compromise of controversy with Questor General Partner LP ("Questor") under seal.

The Debtor's represents that the success of his expected settlement with his largest creditor Questor, depends on his being able to sell his residence at the best price, and that disclosure of the terms of the settlement agreement would impair his ability to perform it. The Debtor represents that the motion needs to be filed under seal to preserve the value of the estate's property.

The Court finds that protecting the value of the estate constitutes a compelling reason to allow the Debtor to file the motion under seal.

IT IS HEREBY ORDERED that:

1. The Application is approved.
2. Debtor's Bankruptcy counsel Binder & Malter, LLP may now electronically file and serve a redacted copy of the motion to approve the compromise with Questor. A copy of the unredacted version of the same documents shall be concurrently lodged in chambers in a separately sealed envelope and with the United States Trustee. A copy of a cover page identifying the contents of the unredacted document shall be attached to the front of the sealed envelope and in the upper right hand corner shall state "Sealed Pursuant to Order Dated 3/23/11. Do Not File. To be lodged in the Chambers of the Honorable Arthur S. Weissbrodt Only," referring to the date that the Court enters this Order.
3. An identical unredacted version shall be furnished to the Untied States Trustee who may not reveal the contents to any party, but may use such information as a basis for an objection to the motion.

***END OF ORDER***

## COURT SERVICE LIST

**Attorney for Debtor-in-Possession**

Wendy W. Smith
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050

F:\Clients\Scarff, Edward\Bankruptcy Pleadings\ExAppOrderSEAL ORDER.wpd